```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUIYIN WU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | C 4:22-cv-07279 DMR<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS;** [PROPOSED] **ORDER** |

　　　　Plaintiff, appearing *pro se*, and Defendants by and through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled a re-interview for Plaintiff for June 6, 2023. USCIS will work diligently towards completing adjudication of the I-589 application, absent circumstances that would require additional time for adjudication. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 14, 2023, at which time the parties will file a joint status report with the Court.

　　　　At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of

Joint Status Report
C 4:22-cv-07279 DMR　　　　　　　　　　1

proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. The parties also request that the Court vacate or continue the initial case management conference scheduled for June 21, 2023 at 1:30 p.m. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: June 6, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 2, 2023

*/s/ Huiyin Wu*
HUIYIN WU
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case management conference currently scheduled for June 21, 2023, is hereby:

__ vacated; or

**X** continued to **August 16, 2023 at 1:30 p.m. by Zoom Video conference. All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/. Case management statement is due by August 9, 2023.**

Date: June 9, 2023

DONNA M. RYU
United States Chief Magistrate Judge

Joint Status Report
C 4:22-cv-07279 DMR                                       2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Joint Status Report and Stipulation to Continue the Stay of Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Huiyin Wu
2142 – 20th Avenue
San Francisco, CA 94116

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:

LILLIAN H. DO
Paralegal Specialist