ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUIYIN WU,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al*.,<br><br>    Defendants. | C 4:22-cv-07279 DMR<br><br>**PARTIES' CASE MANAGEMENT STATEMENT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER \*\*\*AS MODIFIED\*\*\*** |

      Plaintiff, proceeding *pro se*, and Defendants, through their attorneys, provide this case management statement and status report. On June 9, 2023, the Court granted the parties' joint status report and stipulation to continue the stay of proceedings until August 14, 2023, and ordered the parties to submit a case management statement by August 9, 2023. Dkt. No. 14. On June 6, 2023, Plaintiff was re-interviewed by the United States Citizenship and Immigration Services ("USCIS") for Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. USCIS actively is reviewing Plaintiff's asylum application and will need an additional 30 days for further adjudicative processing.

      Therefore, the parties hereby stipulate to continue the stay of proceedings until September 15, 2023. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while

the parties pursue a potential administrative resolution.  The parties also request the Court to vacate or continue the initial case management conference scheduled for August 16, 2023, at 1:30 p.m.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 9, 2023                                       Respectfully submitted,

                                                            ISMAIL J. RAMSEY
                                                            United States Attorney

                                                             /s/ Elizabeth D. Kurlan
                                                            ELIZABETH D. KURLAN
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants

Dated: August 9, 2023

                                                             /s/ Huiyin Wu
                                                            HUIYIN WU
                                                            *Pro Se*

## [PROPOSED] ORDER ***AS MODIFIED***

Pursuant to stipulation, IT IS SO ORDERED.  The case management conference currently scheduled for August 16, 2023, is hereby:

    X vacated; ~~or~~

    ~~continued to _____.~~

**The parties shall file a joint status report by 9/25/2023.**

Date: August 11, 2023

                                                            _____
                                                            DONNA M. RYU
                                                            United States Chief Magistrate Judge

Parties' Stipulation
C 4:22-cv-07279 DMR                              2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Parties' Case Management Statement and Stipulation to Continue the Stay of Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

Huiyin Wu
2142 – 20th Avenue
San Francisco, CA 94116

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 9, 2023

LILLIAN DO
Paralegal Specialist